UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX WILLIAM THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LASSEN COUNTY ADULT DETENTION FACILITY,<br><br>　　　　Defendant. | Case No.  15-cv-05047-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's claims arise from events occurring in the Eastern District of California, specifically at the Lassen County Adult Detention Facility, which is in Lassen County. Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated:  November 10, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX WILLIAM THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LASSEN COUNTY ADULT DETENTION FACILITY,<br><br>    Defendant. | Case No.  15-cv-05047-JCS<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on November 10, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rex William Thompson ID: ID: 20140820
Lassen County Adult Detention Facility
1405 Sheriff Cady Lane
Susanville, CA 96130


Dated: November 10, 2015

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By: /s/ Karen L. Hom
                                            Karen Hom, Deputy Clerk to the
                                            Honorable JOSEPH C. SPERO