IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX WILLIAM THOMPSON,                       No. 2:15-CV-2357-CMK-P

      Plaintiff,

  vs.                                                          ORDER

DEAN GROWDEN, et al.,

      Defendants.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On February 25, 2016, the court directed plaintiff to file an amended complaint within 30 days.  Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  As of May 13, 2016, plaintiff had not filed an amended complaint and the court directed plaintiff to show cause why this action should not be dismissed.  In response, plaintiff states that he was unable to file an amended complaint within the time provided by the court's February 25, 2016, order due to deaths in his family.  Given this circumstance, the court will discharge the May 13, 2016, order to show cause and construe plaintiff's response as a request for an extension of time to comply with the court's February 25,

2016, order.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on May 13, 2016, is discharged;

2. Plaintiff's response to the court's order to show cause is construed as a request for an extension of time to comply with the court's February 25, 2016, order and, so construed, the request is granted;

3. Plaintiff shall file an amended complaint within 30 days of the date of this order; and

4. The Clerk of the Court is directed to serve a copy of the court's February 25, 2016, order on plaintiff along with this order.

DATED: June 22, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE