# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

REX WILLIAM THOMPSON,                    No. 2:15-CV-2357-CMK-P

        Plaintiff,

    vs.                                                    ORDER

DEAN GROWDEN, et al.,

        Defendants.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal (Doc. 16).  Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close this file.

        IT IS SO ORDERED.


DATED:  September 22, 2016


_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE